IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

THE CINCINNATI INSURANCE COMPANY,
   An Ohio Corporation                                          PLAINTIFF

VS.                       Case No. 05-2066

ERC PROPERTIES; ERC
MANAGEMENT GROUP LLC; and
DEWEY PROPERTIES L.P.                              DEFENDANTS

### ORDER OF DISMISSAL

It appearing to the Court that the parties to this action have settled and compromised their differences, to include plaintiff's complaint against defendants and defendants' counterclaim against plaintiff, and upon the joint motion of the parties, it is therefore CONSIDERED, ORDERED and ADJUDGED that plaintiff's complaint against defendants is hereby dismissed with prejudice and defendants' counterclaim against plaintiff is likewise dismissed, with prejudice.

IT IS SO ORDERED.

_____
Robert T. Dawson
United States District Judge

Date: September 12, 2005

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
SEP 1 2 2005
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

595142-v1

APPROVED AS TO FORM:

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442
E-MAIL: kpryor@wlj.com

By: _____
Kathryn A. Pryor (89206)
Attorneys for Plaintiff


HARDIN, JESSON & TERRY, PLC
Arvest Bank Building, Suite 500
5000 Rogers Avenue
P. O. Box 10127
Fort Smith, Arkansas 72917-0127
(479) 452-2200
FAX: (479) 452-9097
E-MAIL: honea@hardinlaw.com

By: _____
Robert M. Honea (83089)